IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DEVA CRYSTAL HARTSOE,<br><br>Defendant. | CR 22-23-M-DLC<br><br>ORDER |

On April 28, 2022, Defendant Deva Hartsoe appeared before the Court for her arraignment and initial appearance on the Indictment filed against her. The Court advised Defendant of her rights relative to the charges. The United States requested that Defendant be detained pending her trial. Defendant requested a hearing on the issue of her release or detention to be set next week.

Therefore, IT IS HEREBY ORDERED that Defendant's detention hearing is set for 10:00 a.m. on May 6, 2022, at the Russell Smith Courthouse in Missoula, Montana.

Pursuant to 18 U.S.C. § 3142(f)(2) the Defendant "shall be detained" during a continuance of a detention hearing. THEREFORE, IT IS FURTHER ORDERED the Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the

extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED this 28th day of April, 2022.

_____
Kathleen L. DeSoto
United States Magistrate Judge