IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22–23–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| DEVA CRYSTAL HARTSOE, | |
| Defendant. | |

Before the Court is Defendant Deva Crystal Hartsoe's Unopposed Motion to Continue Sentencing Hearing. (Doc. 54.) The motion requests a continuance of the sentencing hearing set for November 22, 2022 because Ms. Hartsoe's counsel will be out of state from November 22 through November 29, 2022. (*Id.* at 1.) The motion expressly states that it does not request a continuance of any other dates or deadlines in the Court's prior scheduling order. (*Id.* at 2.) The United States does not oppose. (*Id.*)

Accordingly, IT IS ORDERED that the motion (Doc. 54) is GRANTED. The sentencing hearing set for November 22, 2022 is VACATED and RESET for December 8, 2022 at 1:30 p.m. at the Russell Smith Federal Courthouse in Missoula, Montana.

The Court's prior scheduling order (Doc. 53) otherwise remains in full force and effect.

DATED this 16th day of August, 2022.


_____
Dana L. Christensen, District Judge
United States District Court