IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22–23–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| DEVA CRYSTAL HARTSOE, | |
| Defendant. | |

Before the Court is United States Magistrate Judge Kathleen L. DeSoto's

Findings & Recommendation Concerning Plea.  (Doc. 52.)  Because neither party

objected, they are not entitled to *de novo* review.  28 U.S.C. § 636(b)(1); *United*

*States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).  Therefore, the Court

reviews the Findings and Recommendation for clear error.  *McDonnell Douglas*

*Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).  Clear

error exists if the Court is left with a "definite and firm conviction that a mistake

has been committed."  *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Deva Crystal Hartsoe is charged with one count of conspiracy to distribute

methamphetamine, in violation of 21 U.S.C. § 846 (Count I), and two counts of

distribution of methamphetamine, in violation of 21 U.S.C. § 841(a)(1) (Counts V–

VI).  (Doc. 2.)  Judge DeSoto recommends that this Court accept Ms. Hartsoe's

guilty plea as to Count V after she appeared before her pursuant to Federal Rule of

Criminal Procedure 11.  The Court finds no clear error in Judge DeSoto's Findings

and Recommendation and adopts them in full, including the recommendation to

defer acceptance of the Plea Agreement until sentencing when the Court will have

reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Judge DeSoto's Findings and

Recommendation (Doc. 52) is ADOPTED in full.

IT IS FURTHER ORDERED that Ms. Hartsoe's motion to change plea

(Doc. 37) is GRANTED.

IT IS FURTHER ORDERED that Deva Crystal Hartsoe is adjudged guilty

as charged in Count V of the Indictment.

DATED this 23rd day of August, 2022.


Dana L. Christensen, District Judge
United States District Court